## LUDWIG *v.* AMERICAN GREETINGS CORP.

No. 811. Decided May 15, 1961.

*Ian Bruce Hart* and *Harry N. Kandel* for appellant.

*Robert W. Poore* and *James T. Lynn* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.

## ALATEX CONSTRUCTION SERVICE, INC., ET AL. *v.* CRAWFORD.

No. 825. Decided May 15, 1961.

*Howard W. Lenfant* for Community Finance Service, Inc., appellant.

*Conrad Meyer III* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.